Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**JOHNNY XIONG**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY XIONG,<br><br>    Defendant. | Case No.: 1:20-CR-00116-JLT-SKO<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

     Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Johnny Xiong, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Robert C. Lamanuzzi, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: September 4th, 2025,                          /s/Johnny Xiong
                                                          JOHNNY XIONG
                                                          Defendant

DATED: September 4th, 2025,                    /s/ Robert Lamanuzzi
                                               ROBERT LAMANUZZI
                                               Attorney for Defendant,
                                               JOHNNY XIONG

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's

appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

UNITED STATES DISTRICT JUDGE

2